IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIE LEE THOMAS, Inmate #B26194, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 08-cv-789-GPM |
| VRETT KLINDWORTH, *et al.*, | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff, Willie Lee Thomas, shall recover nothing, and the action be **DISMISSED without prejudice for failure to pay the filing fee**.

**DATED**: 6/23/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
    Deputy Clerk


APPROVED: s/ *G. Patrick Murphy*
    G. Patrick Murphy
    United States District Judge